IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SAMI-SYSTEMATIC ANALYSIS MANAGEMENT INC, | ) ) ) | |
| Plaintiff, | ) | Case No. 1:20-cv-02346 |
| v. | ) ) | Hon. Charles R. Norgle, Sr |
| OMNIVERE ACQUISITIONS, LLC et al., | ) ) | |
| Defendants. | ) ) | |

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES the undersigned attorney, Keith M. St. Aubin, of the law firm of Duane Morris LLP, counsel for Defendants, Omnivere Acquisitions, LLC and Driven, Inc., and hereby files this Motion to Withdraw as Counsel pursuant to Local Rule 83.17. The above-named Defendants are currently represented by counsel in this action by, among others, attorney Michael J. Schrier of Husch Blackwell LLP and Defendant will, therefore, suffer no prejudice from the granting of this motion. The undersigned thus requests that this motion be granted, that he and Duane Morris LLP no longer be listed as counsel of record, and that the Clerk of the Court remove the below email address (and the email addresses associated with the undersigned) from its ECF notice for this action.

Dated:  February 11, 2021            Respectfully submitted,

/s/  Keith M. St. Aubin
Keith M. St. Aubin
DUANE MORRIS LLP
190 S. LaSalle Street, Suite 3700
Chicago, IL 60603
(312) 499-6700
Email:  kstaubin@duanemorris.com
*Counsel for Defendants Omnivere Acquisitions, LLC and Driven, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 11, 2021, a true and correct copy of the foregoing Motion to Withdraw as Counsel was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/ *Keith M. St. Aubin*
      Keith M. St. Aubin